Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Robert Lee HILLS, Jr. |
| **Docket Number:** | 2:96CR00405-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable Edward J. Garcia<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 11/10/1997 |
| **Original Offense:** | Count 1: 18 USC 2113(a)(d) and 2 - Armed Bank Robbery and Aiding and Abetting<br>(CLASS B FELONY)<br><br>Count 2: 18 USC 924(c)(1) and 2 - Use of a Firearm During a Crime of Violence   and Aiding and Abetting<br>(CLASS D FELONY) |
| **Original Sentence:** | 137 months custody Bureau of Prisons (Count 1) and 60 months  custody  Bureau  of Prisons (Count 2), to run consecutively to each other for a total term of 197 months custody Bureau of Prisons; 60 months Supervised Release; $100 Special Assessment; $8,300 Restitution |
| **Special Conditions:** | 1) Warrantless search; 2) Drug/alcohol treatment program; 3) Abstain from alcohol; 4) Co-payment for treatment/testing; 5) Mental health treatment program |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 09/26/2011 |

**FILED**
SEP 13 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**RE:    Robert Lee HILLS, Jr.**
**Docket Number:  2:96CR00405-01**
<u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
<u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

| | | |
|---|---|---|
| **Assistant U.S. Attorney:** | To be assigned | **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Peter Kemto | **Telephone:** (916) 444-7429 |
| **Other Court Action:** | None | |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

6)    The defendant shall reside and participate in a Residential Re-Entry Center for a period of up to 180 days; as directed by the probation officer. The defendant shall pay the costs of confinement in a Residential Re-Entry Center as determined by the Bureau of Prisons.

**Justification:** Mr. Hills is participating in the Bureau of Prison's re-entry program at the Oakland, California, Residential Re-Entry Center (RRC). Mr. Hills reported he has not been able to secure a release location or plan, and is in need of assistance to allow him to fulfill this part of his integration back into the community. In an attempt to better his situation, Mr. Hills enrolled in "The Kitchen of Champions" culinary program, conducted at St. Vincent De Paul charities. However, the program is scheduled to conclude at the end of September, 2011, after his scheduled release date. During numerous conversations with Mr. Hills about his pending release, this officer has noted his need to receive mental health treatment. According to RRC staff, Mr. Hills has been offered treatment services, but as his participation is voluntary, he has been reluctant to participate in such programing. As part of his placement program, he will be required and directed to participate in mental health treatment. It is believed his treatment participation will alleviate some of the difficulty encountered in setting up a viable release plan. Additionally, Mr. Hills has applied for social security benefits due to medical and mental health issues, and is awaiting a determination by the Social Security Administration as to his eligibility. Given his lack of stability and a viable release plan, the fact his culinary program is scheduled to conclude at the end of September, 2011, and a need to

**RE:** **Robert Lee HILLS, Jr.**
**Docket Number: 2:96CR00405-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

address his mental health, his placement at the Oakland, California, RRC for up to 180 days is recommended. The Assistant Director for the Oakland RRC has approved Mr. Hills' continued stay at their facility pending the Court's granting his placement. In furtherance of his need for stability, Mr. Hills has signed a Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release agreeing to his placement at the RRC which is on file.

Respectfully submitted,

/s/ George A. Vidales
**GEORGE A. VIDALES**
**Senior United States Probation Officer**
Telephone: (916) 683-3324

**DATED:** September 12, 2011
Elk Grove, California
GAV/cj

**REVIEWED BY:** /s/ Michael A. Sipe
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

RE:   Robert Lee HILLS, Jr.
      Docket Number: 2:96CR00405-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(✓)   Modification approved as recommended.

( )   Modification not approved at this time. Probation Officer to contact Court.

( )   Other:

_____9/14/11_____          _____
**Date**                             **Signature of Judicial Officer**


cc:   United States Probation
      To be assigned, Assistant United States Attorney
      Peter Kmeto, Defense Counsel
      428 "J" Street, Suite 200
      Sacramento, California 95814
      Defendant
      Court File